UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISCTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL S. LEFKOWITZ, M.D. | : | |
| Plaintiff | : | Case No.: 2:16-CV-624 |
| v. | : | Judge Algenon L. Marbley |
| MARC J. ACKERMAN, Ph.D., et al | : | Magistrate Judge Elizabeth P. Deavers |
| Defendants | : | |

## ORDER

Upon the Joint Motion to Stay Discovery Pending Decision on Defendants' Motion for Judgment on the Pleadings (ECF No. 20), and for good cause shown, the Joint Motion is hereby **GRANTED** and discovery, including depositions and Defendants' expert disclosure deadline, is hereby stayed until after a decision on Defendants' Motion for Judgment on the Pleadings (ECF No. 7).

IT IS SO ORDERED.

_____
Magistrate Judge Elizabeth P. Deavers